UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRIE BEAVERS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY.

    Defendant.

_____/

Case No. 18-cv-11688

UNITED STATES DISTRICT COURT
JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
DAVID R. GRAND

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#15] DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [#11] AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [#13]

This matter is before the Court on cross motions for summary judgment regarding the Commissioner's decision to deny social security disability benefits to Plaintiff. Dkt. Nos. 16, 21. This Court referred the matter to Magistrate Judge David R. Grand. On June 19, 2019, he issued a Report and Recommendation recommending that this Court deny Plaintiff's Motion for Summary Judgment and grant Defendant's Motion for Summary Judgment. Dkt. No. 15, pg. 1 (Pg. ID 1023). Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C). Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge

1

reached the correct conclusion. Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Grand's June 19, 2019 Report and Recommendation [#15] as this Court's findings of fact and conclusions of law. Plaintiff's Motion for Summary Judgment [#11] is DENIED and Defendant's Motion for Summary Judgment [#13] is GRANTED.

SO ORDERED.

Dated: August 1, 2019

                                               s/Gershwin A. Drain
                                               HON. GERSHWIN A. DRAIN
                                               United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 1, 2019, by electronic and/or ordinary mail.

                                               s/Teresa McGovern
                                               Case Manager